[Cite as *Turner v. Burks*, 2025-Ohio-1225.]

COURT OF APPEALS
LICKING COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| JOLENE M. ENGELS TURNER, | : | JUDGES: |
| | : | Hon. Craig R. Baldwin, P.J. |
| First Petitioner- Appellee | : | Hon. William B. Hoffman, J. |
| | : | Hon. David M. Gormley, J. |
| -vs- | : | |
| | : | |
| JORDAN A. BURKS, | : | Case No. 2024 CA 00099 |
| | : | |
| Second Petitioner - Appellant | : | O P I N I O N |

CHARACTER OF PROCEEDING:     Appeal from the Licking County Court of Common Pleas, Domestic Relations Division, Case No. 2024 DR 00188 DP

JUDGMENT:     Dismissed

DATE OF JUDGMENT:     April 3, 2025

APPEARANCES:

For Second Petitioner-Appellant     For First Petitioner-Appellee

JORDAN A. BURKS, Pro Se     No Appearance
525 Eric Drive
Newark, Ohio 43055

For Licking County CSEA

CAROLYN J. CARNES
Assistant Prosecuting Attorney
65 E. Main Street
Newark, Ohio 43055

*Baldwin, P.J.*

**{¶1}** The appellant, Jordan A. Burks, appeals the December 4, 2024, Judgment Entry of the Licking County Court of Common Pleas, Domestic Relations Division.

### ANALYSIS

**{¶2}** App.R. 16 states, in pertinent part:

**(A)** **Brief of the Appellant.** The appellant shall include in its brief, under the headings and in the order indicated all of the following:

\*\*\*

(3) A statement of the assignments of error presented for review, with reference to the place in the record where each error is reflected.

\*\*\*

(5) A statement of the case briefly describing the nature of the case, the course of proceedings, and the disposition in the court below.

(6) A statement of facts relevant to the assignments of error presented for review, with appropriate references to the record in accordance with division (D) of this rule.

(7) An argument containing the contentions of the appellant with respect to each assignment of error presented for review and the reasons in support of the contentions, with citations to the authorities, statutes, and parts of the record on which appellant relies. The argument may be preceded by a summary.

\*\*\*

**(D) References in Briefs to the Record.** Reference in the briefs to parts of the record shall be to pages of the parts of the record involved[.]

**{¶3}** App.R. 18(C) states, in pertinent part," **(C) Consequence of Failure to File Briefs.** If an appellant fails to file the appellant's brief within the time provided by this rule, or within the time as extended, the court may dismiss the appeal."

**{¶4}** The appellant has filed a brief on his own behalf. Unfortunately, the appellant's presentation of his argument is disjointed, extremely difficult to follow, and does not conform with the requirements of App.R.16. As the appellant's brief is non-compliant in nearly every respect, we dismiss his appeal pursuant to App.R. 18(C).

By: Baldwin, P.J.

Hoffman, J. and

Gormley, J. concur.